UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIE BRITT, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-612-SEB-MJD |
| | ) | |
| MRO CORP., MEDICOPY SERVICES, INC., | ) | |
| and DEACONESS HEALTH SYSTEM, INC., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

## DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME

Defendants MRO Corporation and its wholly owned subsidiary MediCopy Services, Inc. (together, "MRO Corp. Defendants"), by and through their undersigned counsel, file their Notice of Initial Extension of Time pursuant to S.D. Ind. L.R. 6-1 and state:

1.      Plaintiff filed her Complaint in the United States District Court, Southern District of Indiana, Indianapolis Division, on March 27, 2026.

2.      Plaintiff served the Complaint on MRO Corp. Defendants on or about April 6, 2026.

3.      MRO Corp. Defendants' response to Plaintiff's Complaint is currently due on April 27, 2026, and their deadline to respond to Plaintiff's Complaint has not been previously extended.

4.      With this initial 28-day extension of time, MRO Corp. Defendants' response to Plaintiff's Complaint is due on May 25, 2026.

5.      This extension will not interfere with the Case Management Plan, scheduled hearings, or other case deadlines.

6.      Counsel for MRO Corp. Defendants consulted with counsel for Plaintiff and with counsel for Defendant Deaconess Health System, and neither party objects to this initial extension of time.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison*
Anjali Motgi*
JENNER & BLOCK LLP
1099 New York Avenue N.W. Suite 900
Washington, D.C. 20001
Tel: (202) 639-6000
lharrison@jenner.com

Shoba Pillay*
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
spillay@jenner.com

**pro hac vice motions approved*

*Counsel for Defendants MRO Corporation and
MediCopy Services, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2026, a copy of the foregoing was filed electronically. Service of the filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

Lynn A. Toops, No. 26386-49
Amina A. Thomas, No. 34451-49
CohenMalad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison*

*\* pro hac vice motion approved*

3